Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19–13405–KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheri Lynn Best
   aka Pier Head Associates Ltd, aka PHA
   Group Ltd
   33 First Street
   Califon, NJ 07830

Social Security No.:
   xxx–xx–9659

Employer's Tax I.D. No.:
   13–3776955, 13–4071271

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 9, 2019</u>             <u>Kathryn C. Ferguson</u>
                                         Judge, United States Bankruptcy Court