**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sheri Lynn Best<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9659<br>EIN   13–3776955, 13–4071271 |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–13405–KCF | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sheri Lynn Best
aka Pier Head Associates Ltd, aka PHA Group Ltd

7/9/19                                                    **By the court:**  Kathryn C. Ferguson
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Sheri Lynn Best
    Debtor

Case No. 19-13405-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 09, 2019
                         Form ID: 318    Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Sheri Lynn Best,    33 First Street,    Califon, NJ 07830-4316
518036272      +AES/NCT,    P.O. Box 61047,    Harrisburg, PA 17106-1047
518036275      +Allied Contracting II Corp.,    15 W 37th Street, 2nd Floor,    New York, New York 10018-5343
518036273      +Allied Contracting II Corp.,    c/o Carmel, Milazzo & DiChiara, LLP,
                 55 W 39th Street, 1st Floor,    New York, New York 10018-0523
518036276       Bathe Ave,    Cirocco & Ozzimo Inc.,    125 Verdi Street,    Farmingdale, NY 11735-6322
518036278       Bioventus,    P.O. Box 732923,    Dallas, TX 75373-2923
518036280      +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
518036285      +Extech Building Materials, Inc.,    43-87 Vernon Blvd,    Long Island City, NY 11101-6911
518036284      +Extech Building Materials, Inc.,    c/o Elias C. Schwartz, PLLC,    343 Great Neck Road,
                 Great Neck, NY 11021-4220
518036286     #+Newport Sunrise Co.,    5 West 37th Street,    New York, NY 10018-5385
518036287      +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
518036289      +Swing Staging, LLC,    25-20 Borden Avenue,    Long Island City, NY 11101-4862
518036290      +Swing Staging, LLC,    c/o Daniel S. Perlman,    160 Broadway, 4th Floor,
                 New York, New York 10038-4219
518036292      +The Business Backer,    10856 Reed Hartman Highway, Ste 100,    Cincinnati, OH 45242-2820
518036294      +The Business Backer,    c/o Graydon Law,    7759 University Drive, Ste A,
                 West Chester, OH 45069-6578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518036279      +EDI: CHASE.COM Jul 10 2019 03:13:00      Chase Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
518036281      +EDI: CITICORP.COM Jul 10 2019 03:13:00      Citicards CBNA                                   P.,
                 P.O. Box 6077,    Sioux Falls, SD 57117-6077
518036288      +E-mail/Text: jennifer.chacon@spservicing.com Jul 09 2019 23:56:29
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518036291      +EDI: RMSC.COM Jul 10 2019 03:13:00      Synchrony Bank/TJX,    P.O. Box 965060,
                 Orlando, FL 32896-5060
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Jamie B Goldman    on behalf of Debtor Sheri Lynn Best jamiegoldmanesq@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, et al.
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 318            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Melissa N. Licker    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE1, U.S. Bank National Association, as Indenture Trustee NJ_ECF_Notices@mccalla.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                      TOTAL: 6